UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Civil Case Number:_____

Rafael A. Gomez
(Write the full name of the plaintiff)

vs.

Michael Dieppa in his offical capacity as a Miami-Dade police officer

and the Miami-Dade police Department

FILED BY_____D.C.
APR 28 2021
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

## COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

**I. Party Information**

**A.** Plaintiff: Rafael A. Gomez

Address: 9876 sw 159 path Miami, FL 33196

Inmate/Prison No.: n/a

Year of Birth: 1989 (Do not include day or month, pursuant to Fed. R. Civ. P 5.2)(Write your name, address and prison/inmate number, if applicable)

vs.

**B.** Defendant: Micheal Dieppa    Defendant: Miami-Dade Police Department

Official Position: Miami-Dade Police Major   Official Position: Police Department

Place of Employment: Miami-Dade Police Department

Place of Employment: 9105 NW 25 St Doral, FL 33172

(Write the full name of each defendant, official position and place of employment. Attach a separate page if you need additional space for additional defendants. )

## II. Statement of Claim

Briefly describe the facts of your case. Describe how each defendant is involved, names of other persons involved, and dates and pl aces. Each claim should be stat ed in a separately num bered paragraph. Please use short and plain statements, with separately numbered paragraphs indicating why the relief requested should be granted. Do not iclude legal arguments or cite cases or statutes. Attach additional pages, if necessary.

See Attachment

## III. Relief Requested

Briefly state what you are requesting from the Court (what do you want the Court to do). Do not include legal arguments or cite cases or statutes. Attach additional pages, if necessary.

Money Damages: $90,000.00

As a direct and proximate result of the conduct of the Defendants, Plaintiff has sustained severe physical pain and severe emotional distress and anxiety; including but not limited to depression, loss of sleep, loss of self-esteem, a fear of those in authority or positions of power, fear of law enforcement, severe isolation from family and friends, personal humiliation and embarrassment Due to physical abuse and intimidation of the Defendants, Plaintiff experiences anxiety, sleeplessness, and has experienced severe damage to personal, professional, and family relationships. These damages are permanent. Plantiff seeks $90,000.00 in money damages and prays for relief

_____

_____

## IV. Jury Demand

Are you demanding a jury trial?        ____ Yes        _xx_ No

                              Signed this ___27___ day of Arpil, 2021

                              Signature of Plaintiff

I declare under penalty of perjury that the foregoing is truce and correct.

                Executed on:___27 April, 2021___

                                            Signature of Plaintiff

## Gomez v. Dieppa, Miami-Dade Police Dept.

### Statement of Facts

1. All events occurred within Miami-Dade County, Florida.
2. On October 27, 2020
3. Defendant, Michael Dieppa, was operating under the authority of the Miami-Dade Police Department.
4. Plaintiff was operating in his capacity as a journalist.
5. Defendant, Michael Dieppa, conducted a traffic stop and pulled over Plaintiff.
6. Plaintiff was recording traffic stop with hand-held camera.
7. Plaintiff was recording with body-worn camera
8. Plaintiff recognized Defendant
9. Plaintiff greeted Defendant by name.
10. Defendant immediately snatched hand-held camera from Plaintiff.
11. Defendant immediately demanded Plaintiff step out of vehicle.
12. Plaintiff stepped out of the vehicle.
13. Defendant removed body-worn from Plaintiff

14. Plaintiff notified Defendant that he was acting in his capacity as a journalist

15. Defendant placed Plaintiff's cameras in the back seat of the police vehicle.

16. Defendant proceeded to tell Plaintiff that he was going to call State Attorney to put a warrant on Plaintiff.

17. Defendant told Plaintiff it was illegal to record police.

18. Defendant proceeded to call Plaintiff a "Fake Journalist" and a "Professional Rabble-Rouser"

19. Defendant told Plaintiff to "Shut The [Expletive Deleted] Up" three times.

20. Defendant and other unidentified officer conducted physical pay-down body search

21. Defendant ordered Plaintiff back in his vehicle.

22. Defendant demanded to know why Plaintiff was driving in the area

23. Plaintiff informed Defendant he was acting Journalist

24. Defendant again notified Plaintiff that it was illegal to record police.

25. Defendant told Plaintiff that if Plaintiff posted video of this traffic stop on the Internet, Defendant would contact State Attorney and place a warrant on Defendant.

26. Defendant demanded proof Plaintiff was operating as a journalist

27. Plaintiff provided Defendant with business card

28. Defendant returned hand-held camera to Plaintiff

29. Defendant returned body-worn camera to Plaintiff

30. Plaintiff was ordered to leave the area in his vehicle.

31. All officers involved were wearing Plain-Clothes (no uniform)

32. All officers were in unmarked vehicles

33. Defendant arrested Plaintiff on February 28, 2019

End